# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

HOWARD COHAN                                              CIVIL ACTION

VERSUS

STARBUCKS CORPORATION                        NO: 18-CV-01075-BAJ-EWD

## ORDER

Having considered **Defendant's Notice of Settlement in Principle and Motion to Vacate all Deadlines (Doc. 12)**, and considering that Defendants have stated that the instant motion is filed with Plaintiff's approval and permission,

**IT IS ORDERED** that this action is dismissed, without prejudice to the right, upon good cause shown within thirty (30) days, to reopen if settlement is not consummated.

Baton Rouge, Louisiana, this 10th day of June, 2019.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA